# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Jorge Gerez | ) | Case No. |
| | ) | 21-mj-6454-MPK |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  May 2021  in the county of  Suffolk  in the
 District of  Massachusetts , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1) | Possession with intent to distribute controlled substances |
| 21 U.S.C. § 846 | Conspiracy to commit drug trafficking offenses |
| 21 U.S.C. § 843(b)(3) | Use of a communication facility in the commision of drug-trafficking offenses |

This criminal complaint is based on these facts:

See attached Affidavit of DEA Task Force Officer, Amie Le.

☑ Continued on the attached sheet.

/s/ Amie Le
*Complainant's signature*

Amie Le, DEA Task Force Officer
*Printed name and title*

Attested and sworn to in accordance with Fed. R. Crim. P. 4.1 by telephone on:

Date: 06/29/2021

*Judge's signature*

City and state: Boston, MA

Hon. M. Page Kelley, U.S. Chief Magistrate Judge
*Printed name and title*